AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __ARKANSAS__

UNITED STATES OF AMERICA

V.

JANTZEN ADAMS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:11CR40018-002

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

SUSAN O. HICKEY     U.S. District Judge
Name of Judge     Title of Judge

7/25/2012
Date

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 25 2012

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK